**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TERRANCE E. FULLER, )
 )
       Movant, )
 )
     v. )     No. 4:07-CV-34 CAS
 )
UNITED STATES OF AMERICA, )
 )
       Respondent. )

## JUDGMENT

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant Motion to

Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, is **DENIED**.

**IT IS FURTHER ORDERED** that movant has not made (1) a substantial showing of the

denial of a constitutional right, such that reasonable jurists would find the Court's assessment of the

constitutional claims debatable, or that the issues presented were adequate to deserve encouragement

to proceed further, Miller-El v. Cockrell, 537 U.S. 322, 336 (2003), or (2) a showing that reasonable

jurists would find it debatable whether the Court's procedural rulings are correct, and therefore this

Court will not issue a certificate of appealability. See Slack v. McDaniel, 529 U.S. 473, 484-85

(2000).

 _____

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   8th   day of February, 2010.