# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TERRANCE E. FULLER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:07-CV-34 CAS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on federal prisoner Terrance E. Fuller's pro se motion seeking relief from final judgment. The government did not file a memorandum in response to movant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that within thirty (30) days of the date of this Order, respondent shall file a memorandum of law in response to movant's motion seeking relief from final judgment.

**IT IS FURTHER ORDERED** that if movant chooses to file a reply to respondent's response memorandum, he shall file such reply within 30 days of the date of the response. If petitioner fails to timely file his reply, the right to file a reply shall be waived.

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this   24th   day of April, 2012.